UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICKY JOE ALFORD** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 07-0552** |
| **ROBERT HOLLIS CARMOUCHE, ET AL.** | **SECTION: "B"(4)** |

## ORDER

The Court, having considered the motion, response, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Plaintiff's, Ricky Joe Alford, **Petition for Garnishment** is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that Westside Credit Corporation is cited as garnishee, and shall answer, under oath and in writing, interrogatories annexed to the subject motion.

**IT IS FURTHER ORDERED** that the fifteen (15) dollar fee required by Louisiana Revised Statute § 13:3927 shall be tendered by the Plaintiff, Ricky Joe Alford, for deposit into the registry of this Court for the account of the garnishee, Westside Credit Corporation.

New Orleans, Louisiana, this 11th day of July, 2011

_____
UNITED STATES DISTRICT JUDGE